# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1796

_____

Scottie L. Scott,                 *
                                             *
          Appellant,          *
                                             *    Appeal from the United States
    v.                                *    District Court for the Northern
                                             *    District of Iowa.
State of Iowa; Aaron K. Hawbaker;  *
Kathryn J. Mahoney; Cory Jon      *    [UNPUBLISHED]
Goldensoph; Black Hawk County,   *
                                             *
          Appellees.         *

_____

Submitted: October 12, 2011
Filed: October 19, 2011

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Scottie Scott appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action as barred by <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994). Upon de novo review, we conclude dismissal was proper for the reasons the district court stated, although the dismissal should have been without prejudice, <u>see</u> <u>Schafer v.</u>

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

Moore, 46 F.3d 43, 45 (8th Cir. 1995) (per curiam).  Accordingly, we modify the dismissal to be without prejudice, and we affirm the judgment as modified.  See 8th Cir. R. 47B.

_____